FILED

07/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0017

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0017

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

DARREN CHARLES DEMARIE,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including August 12, 2024, within which to prepare, serve, and file its response brief.

**MPD**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 12 2024